1 | **MICHELLE BETANCOURT**
California State Bar No.  215035
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
4 | Facsimile:    (619) 687-2666
michelle_betancourt@fd.org

5

6 | Attorneys for Mr. Acosta

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                  )   Case No. 08mj1449
                                           )
12 |             Plaintiff,                    )
                                           )
13 | v.                                        )
                                           )   **NOTICE OF APPEARANCE**
14 | **AUDENAGO MONTES ACOSTA,**                )
                                           )
15 |             Defendant.                   )
                                           )
16

17 |            Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 | Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record

in the above-captioned case.

19

                                           Respectfully submitted,
20

Dated: May 12, 2008                         s/ *Michelle Betancourt*
21 |                                            **MICHELLE BETANCOURT**
                                            Federal Defenders of San Diego, Inc.
22 |                                           Attorneys for Defendant
                                            michelle_betancourt@fd.org

23

24

25

26

27

28