FILED
08 MAY 15 PM 12:55
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: Ea
                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08MJ01449-POR |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL |
| AUDENAGO MONTES ACOSTA, | ) | |
| Defendant. | ) | |

In accordance with the Bail Reform Act of 1984, 18 U.S.C. § 3142(f), a detention hearing was scheduled for May 13, 2008, to determine whether defendant, AUDENAGO MONTES ACOSTA (the "Defendant"), should be held in custody without bail pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Gregory F. Noonan appeared on behalf of the United States; Attorney Michelle Betancourt appeared on behalf of the Defendant.

At the hearing on May 13, 2008, Defendant knowingly and voluntarily waived his right, on the record and in the presence of counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in these matters, without prejudice or waiver of the Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.